**Manuel MURILLO, Petitioner–Appellant,**

v.

**Margarita PEREZ, Chairwoman, California Board of Prison Terms; et al., Respondents–Appellees.**

**No. 06–55011.**

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2007 *.

Filed April 9, 2007.

Manuel Murillo, Soledad, CA, pro se.

Jane Catherine Malich, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

A review of the record, the opening brief, and the response to the court's January 8, 2007 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, the court *sua sponte* summarily affirms the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.